# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00072-CR
_____

### LASHONDA RUDOLPH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 11-11650**

### ORDER

Upon submission of the above-referenced appeal, this Court has determined that the appellant has been prevented from properly presenting her case to the Court of Appeals by the trial court's failure to include in its cumulation order sufficient information to allow this court to determine whether the cumulation order contained in the written judgment accurately reflects the prior convictions identified in the oral pronouncement and admitted to by Rudolph during the

1

revocation hearing. *See* Tex. R. App. P. 44.4(a). Because the error is remediable, we must remand the case to the trial court. *See* Tex. R. App. P. 44.4(b).

It is, therefore, ORDERED that the appeal is ABATED and the cause is REMANDED to the trial court to: (1) ascertain the date of the prior conviction(s), the term of years of the prior conviction(s), the trial court number of the prior conviction(s), the nature of the prior conviction(s), and the correct name of the court where the prior conviction(s) were entered; and (2) enter a corrected judgment reciting the required information. For this purpose, if the parties cannot reach an agreement to provide the information, the trial judge shall conduct such hearings as may be necessary, make appropriate findings and recommendations, and prepare a record of the proceedings.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing in the above-referenced appeal. The transcript of the court reporter's notes from any hearing, the findings and recommendations of the trial court judge, and the corrected judgment are to be filed on or before May 30, 2016.

ORDER ENTERED April 28, 2016.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2